| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| AMERICAS HOME PLACE, INC., | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION NO. 1:23-CV-00196-MAC-ZJH |
| CRAIG FLORES, INDIVIDUALLY AND D/B/A CA FLORES CONSTRUCTION; AND CA CLORES CONSTRUCTION, | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 18, 2023, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Doc. No. 18. Pending before the court is Plaintiff's Motion for Default Judgment. Doc. No. 15. On February 29, 2024, Judge Hawthorn issued his Report and Recommendation, which recommends denying Plaintiff's Motion for Default Judgment. Doc. No. 31.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation denying Plaintiff's Motion for Default Judgment (Doc. No. 31) is ADOPTED.  Accordingly, Plaintiff's Motion for Default Judgment is DENIED.

SIGNED at Beaumont, Texas, this 26th day of March, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE