| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

AMERICA'S HOME PLACE, INC., §
　§
　　　　　　　Plaintiff, §
　§
versus § NO. 1:23-cv-00196-MAC-ZJH
　§
CRAIG FLORES, INDIVIDUALLY, AND §
D/B/A CA FLORES CONSTRUCTION, §
　§
　　　　　　　Defendant. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 18, 2023, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Doc. No. 18. Pending before the court is Plaintiff America's Home Place's *Motion for Summary Judgment* (Doc. No. 30). On May 1, 2024, Judge Hawthorn issued his Report and Recommendation (Doc. No. 34), which recommended granting Plaintiff's *Motion for Summary Judgment* (Doc. No. 30) and issuing a Final Judgment in favor of America's Home Place for $36,507.00 in damages and $27,176.36 pursuant to the fee shifting provision of the Employment Agreement, for a total of $63,683.36. Doc. No. 34 at 10.

The court has received and considered the report of the United States Magistrate Judge. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, ORDERED that the report and recommendation of the United States Magistrate Judge (Doc. No. 34) is ADOPTED and the Plaintiff's *Motion for Summary Judgment* (Doc. No. 30) is GRANTED. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 24th day of May, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE