| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| AMERICA'S HOME PLACE, INC., | § § § | |
| Plaintiff, | § § | |
| versus | § § | NO. 1:23-cv-00196-MAC-ZJH |
| CRAIG FLORES, INDIVIDUALLY, AND D/B/A CA FLORES CONSTRUCTION, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

After granting Plaintiff America's Home Place, Inc.'s Motion for Summary Judgment (Doc. No. 30), judgment is entered against Defendant Craig Flores in the amount of $63,683.36. All remaining motions are denied as moot, and the Clerk of Court is directed to close this case.

SIGNED at Beaumont, Texas, this 24th day of May, 2024.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE